IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00042-MSK-KLM

DEAN L. JACOBS; and
MARCIELLE S. JACOBS,

        Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON;
OCWEN LOAN SERVICING, LLC;
CENTRAL LOAN ADMINISTRATION & REPORTING (CENLAR);
TAYLOR, BEAN & WHITTAKER MORTGAGE, INC.;
WELLS FARGO BANK, N.A.;
BANK OF AMERICA, N.A.;
COUNTRYWIDE HOME LOANS;
RESOURCE BANK SHARES MORTGAGE GROUP, INC.;
MELLON MORTGAGE COMPANY;
FLEET MORTGAGE GROUP, INC.;
WASHINGTON MUTUAL, INC.;
FIRST BANK OF ARAPAHOE COUNTY, N.A.;
GMAC MORTGAGE LOANS, INC.;
CHERRY CREEK MORTGAGE, INC.;
S. DINO PERRONE;
WIDESPREAD LENDING SOLUTIONS, individually and severally;
SUSAN CARTER;
CLARION MORTGAGE CAPITAL, invidually and severally;
VADEN LAW FIRM, LLC;
THE STATE OF COLORADO,

        Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

      IT IS ORDERED that, as to any exhibits and depositions used during evidentiary

hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 12th day of January, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge