IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00042-MSK-KLM

DEAN L. JACOBS, and
MARCIELLE S. JACOBS,

      Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON,
OCWEN LOAN SERVICING, LLC,
CENTRAL LOAN ADMINISTRATION & REPORTING (CENLAR),
TAYLOR, BEAN & WHITTAKER MORTGAGE, INC.,
WELLS FARGO BANK, N.A.,
BANK OF AMERICA, N.A.,
COUNTRYWIDE HOME LOANS,
RESOURCE BANK SHARES MORTGAGE GROUP, INC.,
MELLON MORTGAGE COMPANY,
FLEET MORTGAGE GROUP, INC.,
WASHINGTON MUTUAL, INC.,
FIRST BANK OF ARAPAHOE COUNTY, N.A.,
GMAC MORTGAGE LOANS, INC.,
CHERRY CREEK MORTGAGE, INC.,
S. DINO PERRONE,
WIDESPREAD LENDING SOLUTIONS, individually and severally,
SUSAN CARTER,
CLARION MORTGAGE CAPITAL, individually and severally,
VADEN LAW FIRM, LLC, and
THE STATE OF COLORADO,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiffs' **Motion to [sic] Leave to Amend to Add Governor John W. Hickenlooper, in His Official Capacity, as a Defendant** [Docket No. 10; Filed January 22, 2011] (the "Motion").  Plaintiffs filed their Complaint [Docket No. 1] on January 7, 2011.  Fed. R. Civ. P. 15(a)(1) provides that a party "may amend its

pleading once as a matter of course within 21 days after serving it."  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that Plaintiffs shall file an amended complaint on or before **February 4, 2011**.

Dated:  January 26, 2011