IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00042-MSK-KLM

DEAN L. JACOBS, and
MARCIELLE S. JACOBS,

      Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON,
OCWEN LOAN SERVICING, LLC,
CENTRAL LOAN ADMINISTRATION & REPORTING (CENLAR),
TAYLOR, BEAN & WHITTAKER MORTGAGE, INC.,
WELLS FARGO BANK, N.A.,
BANK OF AMERICA, N.A.,
COUNTRYWIDE HOME LOANS,
RESOURCE BANK SHARES MORTGAGE GROUP, INC.,
MELLON MORTGAGE COMPANY,
FLEET MORTGAGE GROUP, INC.,
WASHINGTON MUTUAL, INC.,
FIRST BANK OF ARAPAHOE COUNTY, N.A.,
GMAC MORTGAGE LOANS, INC.,
CHERRY CREEK MORTGAGE, INC.,
S. DINO PERRONE,
WIDESPREAD LENDING SOLUTIONS, individually and severally,
SUSAN CARTER,
CLARION MORTGAGE CAPITAL, individually and severally,
VADEN LAW FIRM, LLC, and
THE STATE OF COLORADO,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Motion for Sanctions Against Castle, Stawiarski, LLC and Cynthia Lowery-Graber, Esq., Severally and Individually. Pursuant to F.R.C.P. Rule 11** [Docket No. 12; Filed January 24, 2011] (the "Motion"). Fed. R. Civ. P. 11(c)(1) provides that the Court "may impose an appropriate sanction on

any attorney, law firm, or party that violated" Fed. R. Civ. P. 11(b).  Plaintiffs have not alleged that Castle, Stawiarski, LLC or Cynthia Lowery-Graber violated Rule 11(b), which relates to representations *made to the Court*.  Instead, Plaintiffs allege that Castle, Stawiarski, LLC and Cynthia Lowery-Graber violated Rule 4.2 of the Colorado Rules of Professional Conduct.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  January 26, 2011