IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00042-MSK-KLM

DEAN L. JACOBS; and
MARCIELLE S. JACOBS,

      Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON;
OCWEN LOAN SERVICING, LLC;
CENTRAL LOAN ADMINISTRATION & REPORTING (CENLAR);
TAYLOR, BEAN & WHITTAKER MORTGAGE, INC.;
WELLS FARGO BANK, N.A.;
BANK OF AMERICA, N.A.;
COUNTRYWIDE HOME LOANS;
CHERRY CREEK MORTGAGE, INC.;
S. DINO PERRONE;
SUSAN CARTER;
CLARION MORTGAGE CAPITAL, invidually and severally;
VADEN LAW FIRM, LLC;
THE STATE OF COLORADO,

      Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS
## WITHOUT PREJUDICE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss Party **(#76)** filed June 10, 2011.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted against Resource Bank Shares Mortgage Group, Inc., Mellon Mortgage Company, Fleet Mortgage Group, Inc., Washington Mutual, Inc., First Bank of Arapahoe County, N.A., GMAC Mortgage

Loans, Inc. and Widespread Lending Solutions are hereby dismissed, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All future captions shall omit said Defendants.

DATED this 13th day of June, 2011.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge